

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Henry M. Wade
County Attorney
Rockwall County
Rockwall, Texas

Dear Sir:

Opinion No. 0-1652
Re: May the qualified voters of
an independent school district
reduce the maintenance tax
from fifty-five (55) cents
to five (5) cents on a One
Hundred ($100.00) Dollar valuation?

We received your letter of November 3, 1939, in which you request our opinion as to whether or not the qualified voters of the Rockwall Independent School District, which has previously voted a fifty-five (55) cents maintenance tax on the One Hundred ($100.00) Dollar valuation, can now reduce the maintenance tax to a five (5) cents tax on a One Hundred ($100.00) Dollar valuation.

Article 2790, Revised Civil Statutes of Texas, reads as follows:

"If an independent school district votes a maintenance tax, the board of trustees shall thereafter annually levy and cause to be assessed and collected upon the taxable property in the limits of the district for the maintenance of the public free schools of the said district such ad valorem tax as the qualified voters of such district authorized at the election held for that purpose; or if no specific rate has been voted, said board shall levy such a rate each year within that limit as it may deem judicious. Where a maintenance tax has been voted, no election to revoke, modify or increase the

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

same shall be held until two years from the date of the election authorizing such mainten- ance tax. An election to revoke, modify or increase such maintenance tax, when permissi- ble, may be obtained and held substantially as herein provided for an election to author- ize such tax; provided, however, that no change or modification in such maintenance tax shall ever affect any bond tax authorized by such district."

The right of the qualified voters of an in- dependent school district to revoke, modify or increase the school maintenance tax has been repeatedly recognized by our State courts. In Yorktown Independent School Dis- trict v. Asslerbach, et al, Commission of Appeals, 12 S. W. (2d) 130, the court said:

"The method provided by law for author- izing taxes for maintenance of public free schools and the like is by a reference to the qualified property taxpaying voters of the district with- out which any attempt to levy such taxes would be futile."

We, therefore, answer your question in the af- firmative.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By (Signed) Glenn R. Lewis
                Glenn R. Lewis
                        Assistant

HJ:RS

APPROVED: NOV. 14, 1939

By (Signed) Hirschie Johnson
                Hirschie Johnson

(Signed) W. F. Moore
FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED: OPINION COMMITTEE
By B. W. B., Chairman